# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LARRY ANTHONY NESBY,** ) | |
| ) | |
| **Petitioner/Defendant,** ) | |
| ) | **CIVIL NO. 04-cv-4203-JPG** |
| **vs.** ) | |
| ) | **CRIMINAL NO. 01-cr-40047** |
| **UNITED STATES of AMERICA ,** ) | |
| ) | |
| **Respondent/Plaintiff.** ) | |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

This matter is before the Court on Petitioner's motion for relief pursuant to 28 U.S.C. § 2255. Petitioner was found guilty of two counts involving the distribution of crack cocaine, in violation of 21 U.S.C. §§ 841(a)(1), 846. On October 3, 2002, Petitioner was sentenced to life imprisonment, a fine of $400, and a special assessment of $200. His conviction and sentence were affirmed on appeal. *United States v. Nesby*, Appeal No. 02-3675 (7th Cir., May 23, 2003), *cert. denied*, 540 U.S. 853 (2003).

After he filed his initial motion (Doc. 1), a second motion was later filed and assigned a new case number (Doc. 3); those two cases were later consolidated (*see* Doc. 2). Petitioner has since filed two motions to amend his petition (Docs. 5, 6); a subsequent motion (Doc. 8) makes it clear that he wishes to supplement his original filings, not supplant them. The Court finds that no party will be prejudiced by allowing these amendments; accordingly, these motions are **GRANTED**.

In this case, Petitioner presents several arguments in support of his contention that trial counsel was ineffective. He also asserts a claim of prosecutorial misconduct, and he argues that the

government failed to establish that the substance in question was crack cocaine.

The Court **ORDERS** the Government to file a response to Petitioner's motions (Docs. 1, 3) and amendments (Docs. 5, 6) within **THIRTY (30) DAYS** of the date of this Order. The Government shall, as part of its response, attach all relevant portions of the record.

**IT IS SO ORDERED.**

**Dated: August 28, 2006.**

                                              **s/ J. Phil Gilbert**
                                              **U. S. District Judge**