UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LARRY ANTHONY NESBY,

    Petitioner/Defendant

v.

UNITED STATES OF AMERICA,

    Respondent/Plaintiff.

Case No. 04-cv-4203-JPG

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.**  This matter having come before the Court on petitioner's 28 U.S.C. § 2255 motion to vacate, set aside or correct sentence, and the Court having rendered its decision,

**IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT** be entered in favor of the Respondent and against Petitioner as to all claims in this case and that this case is **HEREBY DISMISSED WITH PREJUDICE**.

DATED: July 25, 2007.

                                **NORBERT G. JAWORSKI, CLERK**

                                **By:s/Deborah Agans, Deputy Clerk**

**APPROVED:   s/ J. Phil Gilbert**
              **J. PHIL GILBERT**
              **U.S. District Judge**